## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | |
| TODD, GWENDOLYN ) | Case Number 16-80830 |
|    Debtor. ) | (Chapter 13) |
| ) | |

## AMENDED CHAPTER 13 PLAN

1. The Debtor proposes to pay the Trustee appointed by this Court the following

2. amount until all of her creditors whose claims are filed and allowed have been paid in accordance with this plan: $580.00 per month for sixty (60) months.

3. The Debtor proposes to have the Trustee pay the following secured and priority creditors, pro rata to the extent listed:

    A. CEFCU to be paid $21,301.43 at five and a half percent (5.50%) interest secured by the 2012 Toyota Camry and CEFCU is to return the vehicle immediately and all fees should be included in their Proof of Claim.

4. After the above secured and priority creditors have been paid the value of their security, then all unsecured creditors, including the unsecured portion of a secured creditor's claims, shall be paid pro rata from funds remaining after payment of the above-scheduled claims.

5. The Debtor shall pay the following creditors outside the plan and said payments have been provided for in the Debtor's monthly budget: NONE.

6. The Debtor proposes to avoid the non-purchase money security interests held by the following creditors in her household goods and furnishings: NONE.

7. The Debtor hereby assumes the following unexpired leases and executory contracts and rejects all others:

    A. Assume the lease on the Furniture Set and Television with National Rent To Own.

  8. The secured creditors shall retain their liens upon their collateral until they have been paid the value of said property.

  9. The Trustee shall pay to the Debtor's attorney the sum of $3,800.00 for attorney's fees, payable as ordered by the court.

  10. No interest, service or late charges shall be allowed upon unsecured claims nor upon an undersecured creditor's claim unless otherwise provided.

  11. Debtor estimates that unsecured creditors will receive approximately five percent (5%) of her allowed claims.

          GWENDOLYN TODD

       By: */s/ Spencer Lee Daniels*
          Her Attorney

Spencer Lee Daniels, Esq.
Attorney for the Debtor
411 Hamilton Boulevard, Suite 1708
Peoria, Illinois 61602
Telephone:  (309) 673-1400
Facsimile:  (309) 673-3960
Email:  danielslaw@sbcglobal.net

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the above document was sent via Electronic Mail to the following on the 13th day of June, 2016:

United States Trustee, 401 Main Street, Suite 1100, Peoria, Illinois 61602

Michael Clark, Trustee, 401 Main Street, Suite 940, Peoria, Illinois 61602

CEFCU, Attn: Paula Anderson, Post Office Box 1715, Peoria, Illinois 61656

*/s/ Susan K. Benedict*
Susan K. Benedict, Legal Assistant

SPENCER LEE DANIELS, ESQ.
Attorney for the Debtor
411 Hamilton Boulevard, Suite 1500
Peoria, Illinois 61602
Telephone: (309) 673-1400
Facsimile: (309) 673-3960
Email: danielslaw@sbcglobal.net